387 A.2d 917

Cohen v. Rockwood Insurance Company, Appellant, et al.

Argued November 22, 1977. Seymour A. Sikov, with him James L. Nardelli, for appellant; Donald R. Rigone, with him Carl E. Fisher, for appellee.

Order affirmed.

HOFFMAN, J., dissented on the ground that Pa.R.C.P. 2252 permits joinder under these facts.

WATKINS, former P. J., did not participate in the consideration or decision of this case.